IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOEL JESSE VASQUEZ,**<br><br>                                        Petitioner,<br><br>         v.<br><br>**G. D. LEWIS, Warden,**<br><br>                                        Respondent. | Case No. C 12-3157 LHK (PR)<br><br>**[PROPOSED] ORDER** |

   GOOD CAUSE APPEARING, it is hereby ordered that Respondent may have until March 4, 2013, to file its Answer to the Order to Show Cause.  If Petitioner wishes to respond to the Answer, he shall do so by filing a Traverse with the Court and serving it on Respondent within 30 days of his receipt of the Answer.

   IT IS SO ORDERED.

Dated:  1/9/13

_____
LUCY H. KOH
United States District Judge