IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOEL JESSE VASQUEZ, | ) | No. C 12-3157 LHK (PR) |
| Petitioner, | ) ) | ORDER GRANTING MOTION FOR ENLARGEMENT OF TIME TO FILE TRAVERSE |
| v. | ) ) | |
| WARDEN G.D. LEWIS, | ) ) | |
| Respondent. | ) ) ) | (Doc. No. 23.) |

Petitioner, a state prisoner proceeding *pro se*, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging his conviction and sentence. The Court ordered Respondent to show cause why a writ of habeas corpus should not be granted. (Docket No. 5.) Respondent filed an answer. (Docket No. 8.) Petitioner has filed a motion for an enlargement of time to file a traverse up to and including May 6, 2013. (Docket No. 23.) Petitioner's motion is **GRANTED**. Petitioner shall file a traverse **no later than May 6, 2013**.

This order terminates docket number 23.

IT IS SO ORDERED.

DATED: 4/19/13

LUCY H. KOH
United States District Judge

Order Granting Motion for Enlargement of Time to File Traverse
G:\PRO-SE\SJ.LHK\HC.12\Vasquez157eot-trav.wpd