IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL JESSE VASQUEZ,<br><br>        Petitioner,<br><br> v.<br><br>WARDEN G.D. LEWIS,<br><br>        Respondent. | No. C 12-3157 LHK (PR)<br><br>ORDER GRANTING MOTION<br>FOR ENLARGEMENT OF TIME<br>TO FILE TRAVERSE<br><br>(Doc. No. 23.) |

    Petitioner, a state prisoner proceeding *pro se*, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging his conviction and sentence. The Court ordered Respondent to show cause why a writ of habeas corpus should not be granted. (Docket No. 5.) Respondent filed an answer. (Docket No. 8.) Petitioner has filed a motion for an enlargement of time to file a traverse up to and including May 6, 2013. (Docket No. 23.) Petitioner's motion is **GRANTED**. Petitioner shall file a traverse **no later than May 6, 2013**.

    This order terminates docket number 23.

    IT IS SO ORDERED.

DATED: 4/19/13

                                    LUCY H. KOH<br>                                    United States District Judge

Order Granting Motion for Enlargement of Time to File Traverse
G:\PRO-SE\SJ.LHK\HC.12\Vasquez157eot-trav.wpd